IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PETER M. KOULOGEORGE, | ) Case No.09-17713 |
| | ) Judge Jack B. Schmetterer |
| Debtor/Debtor-in-Possession. | ) |

*Further wad in term* ORDER AUTHORIZING
USE OF CASH COLLATERAL AND
GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable Jack B. Schmetterer, Bankruptcy Judge, this 14th day of November, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of PETER M. KOULOGEORGE, Debtor and Debtor in Possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A *wwwe* to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; this Court having previously entered Interim Orders Authorizing Interim Use of Cash Collateral and Granting Related Relief; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period December 1, 2009, through February 28, 2010, to the extent set forth on Exhibits A hereto;

B) In return for the Debtor's continued interim use of cash collateral, the Cash Collateral Lenders[1] are granted the following adequate protection for their purported secured interests:

---

[1] The "Cash Collateral Lenders" are defined in Paragraph 3 of the Motion.

-1-

1. The Debtor will permit the Cash Collateral Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of his assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Cash Collateral Lenders evidence of that which constitutes their collateral or proceeds;

4. The Debtor will properly maintain the properties in good repair and properly manage such properties; and

5. As additional adequate protection to the Cash Collateral Lenders, the Cash Collateral Lenders, pursuant to Section 507(b) of the Bankruptcy Code, are granted post petition replacement liens and security interests in all property of the Debtor (other than actions under Chapter 5 of the Bankruptcy Code, which avoidance actions are expressly excluded from such liens and security interests) to cover any diminution of the value of the collateral of the Cash Collateral Lenders arising on account of the imposition of the automatic stay or the use of cash collateral, which replacement liens and security interests shall be junior to all pre-existing valid and perfected liens and security interests.

C) A final hearing on the Motion is scheduled before this Court on February 22, 2010, at 10:30 a.m, _and at 1:30 [illegible] no [illegible] is required._

ENTER: _____
JUDGE

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\GRACE\Koulogeorge\cash collateral.ord#4.wpd

> The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

**4213 N. Ashland Unit #3**

|  | December 2009 | January 2010 | February 2010 |
|---|---|---|---|
| Monthly Income: | $2,100.00 | $2,100.00 | $2,100.00 |
| Expenses: |  |  |  |
| Gas | paid by tenant | paid by tenant | paid by tenant |
| Electric | paid by tenant | paid by tenant | paid by tenant |
| Water | in monthly assessment | in monthly assessment | in monthly assessment |
| Insurance | in monthly assessment | in monthly assessment | in monthly assessment |
| R/E Taxes | $625.00 | $625.00 | $625.00 |
| Maintenance | in monthly assessment | in monthly assessment | in monthly assessment |
| Monthly Assessment | $140.00 | $140.00 | $140.00 |
| Management Fee: | $210.00 | $210.00 | $210.00 |
| Total Expenses: | $975.00 | $975.00 | $975.00 |
| Net | $1,125.00 ($1,620.00) | $1,125.00 ($2,745.00) | $1,125.00 ($3,870.00) |

*Exhibit A to Order*

## 1108 N. Mozart

|  | December 2009 | January 2010 | February 2010 |
|---|---|---|---|
| Monthly Income: | $2,500.00 plus labor | $2,500.00 plus labor | $2,500.00 plus labor |
| Expenses: | | | |
| Gas | $50.00 | $50.00 | $50.00 |
| Electric | $50.00 | $50.00 | $50.00 |
| Water | $30.00 | $30.00 | $30.00 |
| Insurance | $126.00 | $126.00 | $126.00 |
| R/E Taxes | $650.00 | $650.00 | $650.00 |
| Maintenance | $60.00 | $60.00 | $60.00 |
| Management Fee: | $250.00 | $250.00 | $250.00 |
| Total Expenses: | $1,216.00 | $1,216.00 | $1,216.00 |
| Net | $1,284.00 ($-244.08) | $1,284.00 ($1,039.92) | $1,284.00 ($2,323.92) |

**819 N. Milwaukee**

| | December 2009 | January 2010 | February 2010 |
|---|---|---|---|
| Monthly Income: | $7,500.00 | $7,500.00 | $7,500.00 |
| Expenses: | | | |
| Gas | | | |
| Electric | $30.00 | $30.00 | $30.00 |
| Water | $30.00 | $30.00 | $30.00 |
| Insurance | $108.25 | $108.25 | $108.25 |
| R/E Taxes | $1881.00 | $1881.00 | $1881.00 |
| Garbage | $110.00 | $110.00 | $110.00 |
| Snow Removal | | | |
| Exterminator | | | |
| Maintenance | $60.00 | $60.00 | $60.00 |
| Cleaning Service | $120.00 | $120.00 | $120.00 |
| Floor Refinishing Painting, General Cleaning, Carpet Cleaning | * #3 $900.00 | * #2 $900.00 | |
| Replace Appliance w/d | *3 $1200.00 | | |
| City Fees | $20.00 | $20.00 | $20.00 |
| Trust Fees | $20.00 | $20.00 | $20.00 |
| Management Fee: | $750.00 | $750.00 | $750.00 |
| Total Expenses: | $5,229.25 | $4,029.25 | $3,129.25 |
| Net | $2,270.75 ($2,386.11) | $3,470.75 ($5,856.86) | $4,370.75 ($10,227.61) |

\*     Tuck pointing/Masonry Seal Front of Building issue (Estimated Services 7K)
       Water (during heavy rain) pours in. Tenants upset.