IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PETER M. KOULOGEORGE, | ) | Case No. 09-17713 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Judge Jack B. Schmetterer |

## FINAL REPORT AND ACCOUNT AND SCHEDULE OF
## UNPAID POST-PETITION LIABILITIES

PETER M. KOULOGEORGE, Debtor, by and through his Attorneys, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, submits this Final Report and Account and Schedule of Unpaid Post-Petition Liabilities, stating as follows:

1. On May 15, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On February 14, 2012, the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code.

3. Andrew Maxwell has been appointed as Chapter 7 Trustee and continues to serve in such capacity.

4. By virtue of the case law regarding property of the estate after conversion, the assets of the estate are determined with reference to the date of the filing of the original Chapter 11 case. Therefore, the assets that are listed on schedules A and B that were previously filed are the assets in this case, with the exception of any properties that were disposed of during the course of the Chapter 11 case pursuant to Orders entered by the Bankruptcy Court. The properties that have been disposed of pursuant to Orders entered by the Bankruptcy Court are as follows:

| Property | Disposition |
|---|---|
| 400 Reserve, Crystal Lake, Illinois | Stay Relief in favor of Secured Party |
| 819 North Milwaukee, Chicago, Illinois | Stay Relief in favor of Secured Party |
| 5957 North Nina, Chicago, Illinois | Deed in lieu of foreclosure transactions |
| 5404 Leland<br>5406 Leland, Chicago, Illinois | Settlement with Milovan Popovic; Stay Relief in favor of Secured Party |
| 4213 N. Ashland, Chicago, Illinois | Sold |
| 1328 Arrow Head Trail, Rome, Wisconsin | Sold |

5. The Debtor also has the following bank accounts as of the date of conversion:

1) Bank of America account with a balance of $71,358.05;

2) Cole Taylor Bank account with a balance of $37,900.69;

3) Cole Taylor Bank account with a balance of $160.00; and

4) Private Bank account with a balance of $5,477.92.

6. The Debtor reserves his rights regarding the accounts with respect to whether or not the funds on deposit in the accounts are property of the estate and/or exempt, in whole or in part.

7. The Debtor estimates that there are unpaid post-petition claims that accrued during the course of this Chapter 11 case as follows:

| Creditor | Amount |
|---|---|
| Adams County Treasurer<br>PO Box 470<br>Friendship, Wisconsin 53934 | $1,477.61 (real estate taxes for vacant lot in Wisconsin) |

| **Creditor** | **Amount** |
|---|---|
| <u>Kingsport Estates Homeowners Assn.</u><br><u>c/o</u> Jerry Tyrczynski<br>515 Reserve Drive<br>Crystal Lake, IL 60012 | $1,350.00 (association dues for 400 Reserve Drive Property) |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | $400.00 (utility charges for 1108 Mozart Property) |
| City of Chicago<br>Building Code Dept.<br>Chicago, IL | $1,200.00 (code violation for 1210 N. Kedzie Property) |
| Arthur P. Donner | $3,500.00 (accounting fees) |
| Total Life Chiropractic | $1,007.14 |
| Schools of St. Benedict | $8,464.25 |
| Crane, Heyman, Simon, Welch & Clar<br>135 S. LaSalle St., Suite 3705<br>Chicago, IL 60603 | Undetermined (legal fees) |

    Respectfully submitted,
    PETER M. KOULOGEORGE,
    Debtor/Debtor-in-Possession

    By: /s/David K. Welch, Esq.
        One of His Attorneys

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\GRACE\Koulogeorge\Final Report.rep.wpd